FILED

APR - 9 2025

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

        *Plaintiff,*

v.

JIMCY McGIRT,

        *Defendant.*

Case No. 25 CR-5 5 RAW

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**FAILURE TO REGISTER AS SEX OFFENDER**
[18 U.S.C. §§ 2250(a)(1), 2250(a)(2)(B), & 2250(a)(3)]

Beginning on or about August 25, 2024, and continuing until on or about August 31, 2024, in the Eastern District of Oklahoma, the Defendant, **JIMCY McGIRT**, an individual required to register as a sex offender under the Sex Offender Registration and Notification Act, after having received a felony conviction from the United States District Court for the Eastern District of Oklahoma on May 2, 2024, for Aggravated Sexual Abuse of a Minor in Indian Country in case number CR-20-50-01-JFH, entered, left, and resided in Indian country and knowingly failed to register and update his registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Sections 2250(a)(1), 2250(a)(2)(B), and 2250(a)(3).

### COUNT TWO

**FAILURE TO REGISTER AS SEX OFFENDER**
[18 U.S.C. §§ 2250(a)(1), 2250(a)(2)(A), & 2250(a)(3)]

Beginning on or about August 25, 2024, and continuing until on or about August 31, 2024, in the Eastern District of Oklahoma, the Defendant, **JIMCY McGIRT**, an individual required to

register as a sex offender under the Sex Offender Registration and Notification Act, after having received a felony conviction from the United States District Court for the Eastern District of Oklahoma on May 2, 2024, for Aggravated Sexual Abuse of a Minor in Indian Country in case number CR-20-50-01-JFH, knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act, by residing in a home with any minor child and failing to contact the Oklahoma Department of Human Services statewide hotline to report the name and date of birth of all minor children residing in the same household, in violation of Title 18, United States Code, Sections 2250(a)(1), 2250(a)(2)(A), and 2250(a)(3).

## COUNT THREE

### FAILURE TO REGISTER AS SEX OFFENDER
### [18 U.S.C. §§ 2250(a)(1), 2250(a)(2)(A), & 2250(a)(3)]

Beginning on or about August 25, 2024, and continuing until on or about August 31, 2024, in the Eastern District of Oklahoma, the Defendant, **JIMCY McGIRT**, an individual required to register as a sex offender under the Sex Offender Registration and Notification Act, after having received a felony conviction from the United States District Court for the Eastern District of Oklahoma on May 2, 2024, for Aggravated Sexual Abuse of a Minor in Indian Country in case number CR-20-50-01-JFH, knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act, by residing in a home, either temporarily or permanently, within a two-thousand (2,000) foot radius of any playground or park, in violation of Title 18, United States Code, Sections 2250(a)(1), 2250(a)(2)(A), and 2250(a)(3).

## COUNT FOUR

### FAILURE TO REGISTER AS SEX OFFENDER
### [18 U.S.C. §§ 2250(a)(1), 2250(a)(2)(A), & 2250(a)(3)]

Beginning on or about June 14, 2024, and continuing until on or about August 31, 2024, in the Eastern District of Oklahoma, the Defendant, **JIMCY McGIRT**, an individual required to

register as a sex offender under the Sex Offender Registration and Notification Act, after having received a felony conviction from the United States District Court for the Eastern District of Oklahoma on May 2, 2024, for Aggravated Sexual Abuse of a Minor in Indian Country in case number CR-20-50-01-JFH, knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act, by failing to register an electronic email address and social networking website, in violation of Title 18, United States Code, Sections 2250(a)(1), 2250(a)(2)(A), and 2250(a)(3).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

SARAH McAMIS, OK Bar #15903
Assistant United States Attorney