UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. CR-20-50-JFH |
| | ) CR-25-55-JFH |
| JIMCY McGIRT, | ) ) |
| Defendant. | ) |

### NOTICE OF INTENTION TO ENTER A PLEA OF GUILTY

COMES now the Defendant, Jimcy McGirt, and hereby advises the Court that it is the desire and intent of the Defendant to withdraw his plea of not guilty and enter a plea of guilty as charged in Count Four of the Indictment and Stipulate to the Allegations of Application to Revoke.

The undersigned would advise the Court he is available the following date and time if this would be convenient with the Court's schedule, Tuesday, 24 June in the morning, anytime on Wednesday, 25 June or anytime on Friday, 27 June.

/S/ RICHARD O'CARROLL
RICHARD O'CARROLL
Attorney at Law
2171 N. Vancouver Ave.
Tulsa, OK 74127
918-584-4192
FAX:918-599-7997

/s/ REX EARL STARR
REX EARL STARR OBA # 8568
Attorney at Law
P.O. Box 918
108 N. First St.
Stilwell, OK 74960
(918) 696-6500
FAX:(918) 696-6551

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Sarah McAmis
Assistant United States Attorney

/s/Rex Earl Starr
Rex Earl Starr