IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Case No.   CR-20-50-JFH |
| JIMCY McGIRT, | ) | CR-25-55-JFH |
| Defendant. | ) ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING DATE AND EXTEND OTHER SCHEDULING ORDER DATES**

COMES now, Rex Earl Starr, Co-Counsel with Richard O'Carroll, attorneys of record for the above named defendant, Jimcy McGirt and hereby moves this Honorable Court to Continue the Sentencing Date currently set on 13 March 2026 and Extend Other Scheduling Order Dates currently set until a later time. Defendant is currently in custody.

That the undersigned attorney is going to be out of State from 9-21 March 2026 on a family vacation that has been planned for several months, reservations previously made and deposits paid earlier.

Furthermore, the undersigned has previously contacted Sarah McAmis and Nicole Paladino, Assistant United States Attorneys, along with Richard O'Carroll and is authorized to state that none of them have any objection to this matter being continued.

WHEREFORE, premises considered, defendant prays that said matter be continued until a later date convenient for the Court and for any and all other relief that would be just and proper in the premises.

/s/ REX EARL STARR
REX EARL STARR OBA # 8568
Attorney at Law
P.O. Box 918
108 N. First St.
Stilwell, OK 74960
(918) 696-6500
FAX:(918) 696-6551

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:
Sarah McAmis
Assistant United States Attorney
Nicole Paladino
Assistant United States Attorney

/s/Rex Earl Starr
Rex Earl Starr