**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

   *Plaintiff*,

v.

JIMCY McGIRT,

   *Defendant*.

Case No.  25-CR-55-JFH

## MOTION FOR ADDITIONAL ONE-LEVEL REDUCTION
## FOR ACCEPTANCE OF RESPONSIBILITY

**COMES NOW** the plaintiff, the United States of America, by and through Christopher J. Wilson, United States Attorney, and Sarah McAmis and Nicole Paladino, Assistant United States Attorneys, and moves this Honorable Court to grant an additional one-level reduction in the advisory guideline sentence range for timely acceptance of responsibility thereby permitting the government to avoid preparing for trial and allowing the Court to allocate its resources efficiently pursuant to U.S.S.G. § 3E1.1(b).

      Respectfully submitted,

      CHRISTOPHER J. WILSON
      United States Attorney

s/ *Sarah McAmis*
      SARAH McAMIS, OBA #15903
      Assistant United States Attorney
      520 Denison Ave.
      Muskogee, OK 74401
      (918) 684-5100
      Sarah.Mcamis@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 14, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Rex Earl Starr and Richard O'Carroll, Attorney for Defendant.

s/      Sarah McAmis
SARAH McAMIS
Assistant United States Attorney