# UNITED STATES OF AMERICA
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.   CR-25-55-JFH |
| Plaintiff, | ) | |
| v. | ) | Date:     4/16/2026 |
| | ) | |
| JIMCY McGIRT, | ) | Time:     10:30 a.m. – 11:27 a.m. |
| | ) | 11:35 a.m. – 11:51 a.m. |
| Defendant. | ) | |

## MINUTE SHEET – SENTENCING HEARING

Chief U.S. District Court Judge John F. Heil, III          Logan Hibbs, Law Clerk          Karla McWhorter, Reporter
Katie Hayes, Deputy Clerk          FTR Courtroom 2 - Room 224

Counsel for Plaintiff:          Sarah McAmis & Nicole Paladino, AUSA
Counsel for Defendant:          Rex Earl Starr, appointed & Richard O'Carroll, Pro Bono

☒   Defendant appears in person with counsel

**MINUTES:** Court ENTERS FINDING affirming the finding of guilt and acceptance of plea before the United States Magistrate Judge (JFH). Court inquired regarding any victims present for hearing. Government responded victims notified and present. Victim impact statement made.

☒   Plaintiff & Defendant reviewed PSI:
    ☒   Government - Objections:     ☐ Yes          ☒ No
    ☒   Defendant - Objections:     ☒ Yes          ☐ No

☒   Objections overruled; PSI will form factual basis for sentencing.

☒   No Plea Agreement

☒   Court GRANTED Government's Motion for One Point Reduction [Dkt. Entry No. 69].

☒   Defendant and counsel asked if wish to make any additional argument regarding sentencing
    ☒   Statements by Government in aggravation/mitigation of punishment.
    ☒   Statements by defendant's counsel
    ☒   Statements by defendant

**RECESS**
**RECONVENE**

☒   Court GRANTED IN PART Government's Sealed Motion [Dkt. Entry No. 58].

**SENTENCE:   As to Count 3 of the Indictment**
☒   **Bureau of Prisons for a term of     33 months                    ** ☐ **Concurrent**   ☒ **Consecutive**
**with Oklahoma Eastern District Case No. CR-20-50-JFH**
☒   **Supervised Release for a term of     LIFE                    ** ☐ **Concurrent**   ☐ **Consecutive**
☒   **Special Assessment:     $ 100.00                    ** ☒ **due immediately**
☒   **Fine:               $    No fine                    ** ☐ **with interest**   ☐ **interest waived**
☐   **Restitution:          $                            ** ☐ **with interest**   ☐ **interest waived**

☒  **STANDARD CONDITIONS** of Probation given, including the following **Special Conditions: 1.** The Special Sexual Special Condition**. 2.** The Special Search and Seizure Condition **3.** The defendant is prohibited from attempting or having any contact whatsoever with the victim in this matter condition.

## ADDITIONAL MINUTES

The Bureau of Prisons is ordered to evaluate and determine the amount of credit to be given toward this sentence for any time previously served in state custody for the same charge sentenced here today and further award the Defendant credit for such time served in accordance with the Bureau of Prisons' policy.

Minor names to be redacted to initials in the transcript (JFH).

☒  REASONS FOR IMPOSING SENTENCE given by Court

☒   Defendant advised of right to appeal          ☐  Defendant gives oral notice of appeal

☒   Remaining counts ordered dismissed: counts 1, 2, and of the Indictment filed on 4/9/2025.

☒   Defendant requests designation: FCI closest to Eastern Oklahoma to facilitate family contact.
   ☒  So recommended by the Court

☒   Defendant remanded to the custody of the U.S. Marshal

☒   Court adjourned