FILED

APR 1 6 2026

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Case No. 25-CR-55-JFH

JIMCY McGIRT,

Defendant.

## NOTICE OF DISMISSAL

COMES NOW the plaintiff, United States of America, by and through United States Attorney

Christopher J. Wilson and Assistant United States Attorney, Sarah McAmis, and dismisses Counts

One, Two and Four of the Indictment as to **JIMCY McGIRT**, pursuant to Rule 48(a) of the

Federal Rules of Criminal Procedure. The defendant has pled guilty to a felony Count Three and

further prosecution is deemed unwarranted.

CHRISTOPHER J. WILSON
United States Attorney

s/    *Sarah McAmis*
SARAH McAMIS, OBA #15903
Assistant United States Attorney

LEAVE GRANTED FOR FILING:

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE